No. 1266, Misc.  JENNINGS *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 1267, Misc.  SULLIVAN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for the United States.

No. 1271, Misc.  MARTIN *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.  *John P. Sandidge* for petitioner.  *Robert Matthews,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent.

No. 1277, Misc.  WILLIAMS *v.* WILKINS, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 1278, Misc.  SALMON *v.* EKLUND, SOUTHERN CONSERVATION CENTER SUPERINTENDENT, ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 1284, Misc.  BEASLEY *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 1289, Misc.  MASUCCI *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for respondents.

No. 1294, Misc.  LETTERIO *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.  *Leon B. Polsky* for petitioner. *Frank S. Hogan, H. Richard Uviller* and *Michael Juviler* for respondent.

No. 1295, Misc.  VINCENT *v.* MEYERS ET UX.  App. Ct. Ill., 2d Dist.  Certiorari denied.  *John R. Snively* for petitioner.  *Leonard Lundin* for respondents.